UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURTIS HARRISON,
BRITT HARRISON,

      Plaintiffs,                    CIVIL ACTION NO. 05-CV-73079-DT

  VS.                                  DISTRICT JUDGE JOHN GERALD E. ROSEN

OAKLAND COUNTY,              MAGISTRATE JUDGE MONA K. MAJZOUB
ET AL.,

      **Defendants**
_____/

### OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

    Before the Court is Plaintiff's Motion to Compel Declassified Discovery, filed February 17, 2006 and referred to the undersigned for hearing and determination on March 17, 2006 by the Honorable Gerald E. Rosen. The parties have fully briefed the motion, and appeared through their counsel to present oral arguments on May 8, 2006.

    For the reasons stated on the record during the oral hearing, Plaintiff's Motion for Declassified Discovery is **DENIED**.

    **IT IS SO ORDERED**.

    Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: May 11, 2006                        s/ Mona K. Majzoub
                                                MONA K. MAJZOUB
                                                UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

    I hereby certify that a copy of this Opinion and Order was served upon Counsel of Record on this date.

Dated: May 11, 2006                      s/ Lisa C. Bartlett
                                                  Courtroom Deputy